BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051
Facsimile: (916) 405-3908

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALITA ANGELL-MURRAY AS GUARDIAN AD LITEM FOR EMMA ANGELL-MURRAY (MINOR DAUGHTER) SSN XXX-XX- 2548<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**<br>**Defendant** | Case No. 2:12-cv-2604 KJN<br><br>**MOTION FOR APPOINTMENT OF ALITA ANGELL-MURRAY AS GUARDIAN AD LITEM FOR HER MINOR DAUGHTER EMMA ANGELL-MURRAY; DECLARATION AND ORDER** |

**MOTION**

Plaintiff Alita Angell-Murray moves this court for an order appointing her as guardian ad litem for her minor daughter, Emma Angell-Murray pursuant to *Fed. R. Civ. P. 17(c)* and *Civ. L.R. 17-202*. Emma is currently 3 years old and is disabled. Through her mother she applied for Social Security/SSI disability benefits which defendant denied. Ms. Angell-Murray has appealed the denial of her SS/SSI disability benefits through all the administrative stages of defendant's appeals process and now seeks to represent her daughter's interests in federal court. Ms. Angell-Murray has no interest adverse to that of her daughter and is competent to represent those interests in federal court. Consequently, Ms. Angell-

1

1  Murray moves this court for an order appointing her guardian ad litem for Emma Angell-Murray.

2      Plaintiff seeks appointment as guardian ad litem on the basis of this motion and the declaration
3  set forth below in support of this motion.

5  Dated: October 11, 2012          Respectfully submitted

6                                           LAW OFF ICE OF
                                         BESS M. BREWER & ASSOCIATES

8                                           By:   /s/ *Bess M. Brewer*
                                         BESS M. BREWER
9                                           Attorney for Plaintiff

## DECLARATION OF ALITA ANGELL-MURRAY

I, Alita Angell-Murray, declare:

1. I am the mother of plaintiff, Emma Angell-Murray. She is currently 3 years old and we live together at 3876 Wellington Place, Shasta Lake, CA 96019 in Shasta County.

2. I am competent to protect the rights of my daughter as a plaintiff in this lawsuit.

3. I have no interest adverse to that of my daughter. I am not associated in business with any of the adverse parties or their counsel.

4. Subject to the approval fo the court, I have retained counsel to represent my daughter and me in this case. My daughter needs me to be her guardian ad litem in order to pursue certain causes of action on her behalf. Her causes of action arise out of the following facts: Emma was born with a heart impairment and has since failed to thrive with height and weight below the 3rd percentile. Because of her impairments and on the advise of her doctors, I applied for Social Security/SSI disability benefits for Emma. Social Security has denied her application for benefits stating that she is not disabled. I have appealed the denial through all the administrative stages and have retained counsel to pursue her claim in federal court.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 11, 2012, in Shasta County, CA.

/s/ *Alita Angell-Murray*
Alita Angell-Murray
Mother of Emma Angell-Murray

ORDER

Good cause appearing therefore, it is so ordered.

Dated: October 24, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE